IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA AND RACHEL ARELLANO,

    Plaintiffs,

v.

AMERICAN HOME MORTGAGE SERVICING, INC., et al.,

    Defendants.

No. C 09-05103 JSW

**ORDER VACATING HEARING**

The motion to dismiss filed by Defendants American Home Mortgage Servicing, Inc. and Mortgage Electronic Registration Systems, Inc. is currently set for hearing on Friday, February 19, 2010 at 9:00 a.m. This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-19(b). Accordingly, the hearing set for February 19, 2010 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 18, 2010

                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE