IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA AND RACHEL ARELLANO,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., et al.,<br><br>  Defendants.<br>_____/ | No. C 09-05103 JSW<br><br>**ORDER VACATING HEARING** |

The motion to dismiss filed by Defendants American Home Mortgage Servicing, Inc. and Mortgage Electronic Registration Systems, Inc. is currently set for hearing on Friday, February 19, 2010 at 9:00 a.m. This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-19(b). Accordingly, the hearing set for February 19, 2010 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 18, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE