IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA AND RACHEL ARELLANO,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICAN HOME MORTGAGE<br>SERVICING, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 09-05103 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on June 11, 2010 on Defendants' motion to dismiss the second amended complaint or in the alternative for a more definitive statement. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 4, 2010 and a reply brief shall be filed by no later than May 11, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 20, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE