CATHERINE KING, ESQ. [SBN 145940]
KING LAW OFFICES
2051 Hilltop Dr., Ste A28
Redding, CA 96002
(530) 221 2640

Attorneys for Plaintiffs
JOSHUA AND RACHEL ARELLANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA AND RACHEL ARELLANO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a corporation; AMERICAN BROKERS CONDUIT, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a business entity, form unknown; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 3:09-cv-05103-JSW<br><br>HON. JEFFREY S. WHITE<br><br>[PROPOSED ORDER] ORDER DENYING GRANTING COUNSEL'S STIPULATION TO CHANGE SCHEDULING ORDER RE MOTION TO DISMISS<br><br>DATE: June 11, 2010<br>TIME: 9:00 a.m.<br>CRTRM: 2, 17th Floor |

　　　Counsel for Plaintiffs and Defendants agree and stipulate to changing the Scheduling Order regarding Defendants Motion to Dismiss as follows: Plaintiffs JOSHUA and RACHEL

1    (PROPOSED) ORDER

ARELLANO shall ~~Oppose the Motion to Dismiss on or before May 7, 2010 and Defendants shall Reply on or before May 14, 2010.~~  For failure to demonstrate good cause for an extension, the Court's scheduling order remains in place and the stipulation is DENIED.

Dated: ____April 30_____, 2010

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
United States District Court Judge

1   (~~PROPOSED~~) ORDER